FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 23  P 3: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 98-57 |
| v. | * | SECTION: "B" |
| TERRANCE WILLIAMS | * | |

\* \* \*

### MEMORANDUM IN OPPOSITION TO MOTION
### TO ALTER OR AMEND JUDGMENT

**MAY IT PLEASE THE COURT:**

In his motion, the defendant Williams merely restates arguments previously made and rejected by this Court. For the reasons stated in the Court's prior opinion, his arguments are insufficient to support the granting of relief.

Accordingly, his Motion to Alter or Amend Judgment should be **DENIED**.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
ROBERT J. BOITMANN (3190)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210
New Orleans, LA 70130
Telephone: (504) 680-3059

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No. _____

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading has been served upon Pro Se Petitioner in this action, Terrance Williams, by first-class United States Mail, properly addressed and postage prepaid, this 23rd day of May, 2005.

_____
ROBERT J. BOITMANN
Assistant United States Attorney