IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

*U.S. DISTRICT COURT
Eastern District of Louisiana
FILED JUN 1 2 2006
LORETTA G. WHYTE
Clerk*

UNITED STATES OF AMERICA,
    Respondent,

vs.

                        Case No. 98-57
                        Section B

TERRANCE WILLIAMS,
    Petitioner.
_____/

## NOTICE OF APPEAL AND INCOPORATED
## REQUEST FOR A CERTIFICATE OF APPEALABILITY

COMES NOW, Terrance E. Williams, pro se, in want of counsel, and respectfully gives notice that he hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment, Order and Reasons, denying Petitioner's timely filed Rule 59(e) motion entered in this Court on April 4, 2006.

Date: May 19, 2006                    Respectfully submitted,

                                                *Terrance E. Williams*
                                                Terrance E. Williams
                                                #25958-034 Unit 5-B
                                                U.S.P. McCreary
                                                P. O. Box 3000
                                                Pine Knot, Kentucky 42635





Terrance Williams
25958-037 B2
Inez, KY 42635

Clerk, U.S. District Court
500 Poydras Street Room C-151
N.O., LA 70130