**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER 98-57** |
| **TERRANCE WILLIAMS** | **SECTION B** |

<u>ORDER</u>

Considering the application and affidavit to proceed <u>in</u> <u>forma</u> <u>pauperis</u>,

**IT IS ORDERED** that:

   X        the motion is GRANTED; the party is entitled to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.

_____        the motion is DENIED; the party has sufficient funds to pay the filing fee.

_____        the motion is DENIED; the party is not entitled to proceed in forma <u>pauperis</u> for the listed reasons:

_____

_____

_____

New Orleans, Louisiana, this 14th  day of June, 2006.

UNITED STATES DISTRICT JUDGE