# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   OCT 02 2007

LORETTA G. WHYTE
Clerk

No. 06-30630
USDC No. 2:03-CV-1079
USDC No. 2:98-CR-57-1

United States Court of Appeals
Fifth Circuit

F I L E D

September 28, 2007

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

TERRANCE E WILLIAMS, also known as Gangsta

Defendant-Appellant

---

Appeal from the United States District Court
for the Eastern District of Louisiana

---

O R D E R:

Terrance E. Williams, federal prisoner # 25958-034, seeks a certificate of appealability (COA) to appeal the district court's denial of his 28 U.S.C. § 2255 motion challenging his conviction and sentence for continuing criminal enterprise by virtue of controlled-substances offenses in violation of 21 U.S.C. § 846. Liberally construed, Williams argues that he received ineffective assistance of counsel because his counsel advised him to plead guilty to the continuing criminal enterprise charge although Williams did not meet the five elements required for conviction under § 848.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Williams has not demonstrated that reasonable jurists could debate the district court's conclusion. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, Williams's motion for COA is DENIED.

/s/ James L. Dennis
JAMES L. DENNIS
UNITED STATES CIRCUIT JUDGE
