# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 28, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 06-30630 USA v. Williams
        USDC No. 2:98-CR-57-1   *B*
                2:03-CV-1079

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 5 ) Volumes    ( 2 ) Envelopes    ( ) Boxes

The electronic copy of the record has been recycled.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

            By: _/s/ Kim Folse_
                Kim Folse, Deputy Clerk
                504-310-7712

cc: w/encl:
    Mr Terrance E Williams
    Mr Matthew M Coman

MDT-1