PLEASE FILE IN RECORD

FILED '08 APR 25 10:18 USDC-LAE

RECEIVED
MAR 31 2008
Judge Ivan L. R. Lemelle
Section B

The Honorable Ivan L. R. Lemelle
U.S. District Judge
C-525  U.S. Courthouse
500 Poydras Street
New Orlean, La.   70130

March  25,  2008

Re:  Terrance E. William    v.    United States of America
     Criminal Docket No.   98-57


The Honorable Lemelle,

It's a pleasure to be writing you concerning this matter. In which I'm writing in regard of finding closure in my life. Likewise, I would like to apologize for not being totally truthful with you. My past decision were mainly becaause I was young, arrogant, afraid, and just plain ignorant.

As the years have slowly elapsed. I often thought about my life, and relived my past. As well as how my decision has caused me grave pain and suffering, which has also effected the lives of other. Your Honor, my conscience has gotten the best of me. therefore, I feel its only right that I try to make amends for my conduct. There's a saying that goes something like this: "We live, and we learn, and we move on..." However, I can't move on until I do what's right. That is coming clean with you concerning the two murders.

Your Honor, once again after reading my resentencing hearing transcript page 21 through page 24, I felt the right thing to do was reach out to the authorities. I have mailed a letter to the State concerning this homocide, including an affidavit to Mr. Laudrieu concerning this situation, also I've spoken with ATF Agent Mike concerning Mr. Benjamin up coming trial. I've given him information as to why Twin was killed. Mike wanted me to come and testify, but Mr. Colmann said he didn't need me.

____ Fee_____
____ Process_____
  X  Dktd_____
____ CtRmDep_____
____ Doc. No_____

Your Honor, I'm very mindful that you may have heaard everything a person can possibly say when it comes to asking for mercy. Therefore, I will not waste your time with many passive words that one can use. You have my word. I have came clean concerning everything even the two murders. It's all behind me now. Please, Your Honor give me a release date. I'm not asking now, I'm asking when the Rule 35 letter is written to you concerning a correctional officer that I help to have arrested.

Respectfully   submitted

Terrance  E. Williams
25958-034
FCI  Jesup   D/B Unit
2680 Highway 301 South
Jesup, Georgia    31599

-2-

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keva L. Jones, Esquire
District Attorney Office
1340 Poydras Street   8 th Floor
New Orlean, La.   70112

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☐ Agent
                                ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
                                     3-10-08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
   *(Transfer from service label)*     7007   0710   0004   8202   3988

PS Form **3811**, February 2004     Domestic Return Receipt     102595-02-M-1540

Keva L. Jones, Esquire
District Attorney Office
1340 Poydras Street   8th Floor
New Orlean, La.      70112


February 29, 2008


Re:   Substantial Assistance


Dear Ms.Jones,

    May God guide you and set your affairs straight...My name is Terrance E. Williams, Reg. 25958-034. The nature of this letter is bring to the attention of The parish or New Orlean that i have some very valuable irrefutable information concerning two (2) homicides and one attempt murder in which I were an eye witness to these crimes in October and December 1997.

    I witness Colon Cains being murdered on October 8, 1997 and Terrence Benjamin shot several times. Also in December 1997 I witness Ishmael Fernandez being murdered.

    If your office is interested in filing a writ to bring me back to New Orlean to testify to these crimes, please let me know. I await your response, and thank you very kindly! You can contact my attorney at the this address Mr. Robert P.Early phone number (504) 451-3313, also his address is  1809 Lake Superior Drive,  Harvey, La.  70058.


                    Sincerely


                    Terrance E. Williams
                    25958-034
                    Federal Correction Institution
                    2680 Highway 301 South
                    Jesup, Georgia    31599

## AFFIDAVIT IN SUPPORT
## OF SENTENCE REDUCTION

I, Terrance Williams, over 21 years of age and competent to make this affidavit in support of my forth coming Federal Rules Criminal procedure, Rule 35(b), that will be filed on my behalf based on the true facts of  the following declaration.

I personally witnessed Donald Dyer kill Ishmaed Fernandez in front of my residence located at 2807 Willow Street, New Orleans, La. This happened on December 26, 1997. I also eye witnessed Alton Patterson shot several rounds into a vehicle that Terrence Benjamin was driving of which one of the bullets struck teh victum Colin Cans.

I will testify to these events ina Court of Law and Indictments and Prosecution to solve these two murders.

I understand from my Counsel of Record Robert P. Early and Maurice Landrieu and from the Office of the United States Attorney, New Orleans Divisiion, that upon the conviction's and disposition of these two murders I will be awarded a sentence reduction pursant to Fed. Rule 35(b). In my Case No: Cr-98-057 (b)x2  USA v Williams of which I am serving a Life Term.

I declare under the penality of the prejury laws of the United States of America that the foregoing is true and correct to the best of my knowledge pursant to 28 USC 1746.

I futher sayth naught done this ____ day of _____, 2007. at the Federal Correctional Complex, YaZoo City, Mississippi 39194.

Terrence Williams

Terrance E. Williams
25958-034
Federal Correction Institution
2680 Highway 301 South
Jesup, Georgia   31599

U.S. MARSHAL

CERTIFIED MAIL™

7007 0710 0004 5028 7525

Legal mail

The Honorable Ivan L. R. Lemelle
U.S. District Judge
C-525 U.S. Courthouse
500 Poydras Street
New Orlean, La.   70130