UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET** |
| v. | * | NO: 98-057 |
| **TERRANCE WILLIAMS, et al.** | * | SECTION : "B" |
| | * * * | |

**MOTION AND INCORPORATED MEMORANDUM TO SUBSTITUTE COUNSEL**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that this Court enter an order allowing Elizabeth Privitera be substituted for Mary Jude Darrow, who is no longer an Assistant United States Attorney, as counsel of record for the United States.

1

**WHEREFORE** undersigned counsel respectfully requests that she be substituted for Mary Jude Darrow as counsel of record for the United States of America.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


/s/Elizabeth Privitera
ELIZABETH PRIVITERA
Assistant United States Attorney
Louisiana Bar Roll No. 27042
500 Poydras Street, Room 210-B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3119


**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2010, I electronically filed the foregoing with the CM/ECF system,  and mailed a copy of the foregoing, properly addressed and postage prepaid to Terrance Williams, Prisoner Number 25958-034,Federal Correctional Institute Jesup, 2680 Highway 301 South, Jesup, Georgia 31599.


/s/ Elizabeth Privitera
ELIZABETH PRIVITERA
Assistant U.S. Attorney