IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

TERRANCE WILLIAMS
    Defendant,

    V.

UNITED STATES OF AMERICA

CASE NO. 98-57
Section "B" (2)

U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED AUG -3 2020 CAROL L. MICHEL CLERK

TENDERED FOR FILING AUG 03 2020 U.S. DISTRICT COURT Eastern District of Louisiana Deputy Clerk

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Motion for Compassionate Release Under 18 U.S.C. 3582 (c)(1)(A), for an order to reduce His Life Sentence to time Served or 300 Months due to Extraordinary and Compelling Reasons.

Petitioner Terrance Williams, here by file the motion for Compassionate Release Under 18 U.S.C. 3582 (c)(1)(A) and, in Support states as follows:

I believe I am at High Risk of complication to Contract Covid-19, because of some of my health issues. I suffer with High Blood pressure, High Cholesterol, I am Borderline diabetes and have Arthritis in my Lower back.

Here at USP Yazoo City, the Warden is allowing Inmates that have Contracted the Coronavirus to be housed here at least one person has died from the Virus here. The officers that are assign to the housing Unit I am being housed in also work

the sick unit as well.

I have filed a paper to the Warden in April and resubmitted the same copy a few weeks ago to my Case Manager Rogers. See Exhibit 1

Some Courts have waived defendants exhaustion requirements. United States v. Colvin, NO. 3:19-cr-179 Apr. 2, 2020. See Jepsen, NO. 3:19-cv-00073 (VLB), 2020 WL 1640232 (D.Conn.Apr.1,2020). & Marin, NO. 15-cr-252, Dkt NO. 1326 (EDNY Mar. 30, 2020.

District Courts today can resentence a defendant "up on motion of the defendant" as long as a defendant first files a request for a Sentence Reduction motion with the Warden of the facility in which s/he is being held that is rejected or the lapse of 30 days "from the receipt of such a request by the Warden of the defendants facility." Whichever happens first. See 18 U.S.C. 3582 (c)(1)(A); United States v. Beck, Case NO. 13-cr-186-6, 2019

I have enclosed two cases that I would like the Court to read due to both defendant's being charged with Continuing Criminal Enterprise. See Exhibit 2 & 3. Also a copy of my Medical records and Education Information See Exhibit 4 & 5.

## Conclusion

Defendant respectfully request this Honorable Court to exercise it's discretion and grant him relief under 18 U.S.C. 3582(c)(1)(A) Compassionate Release

## Conclusion

Defendant respectfully request this Honorable Court to exercise it's discretion and grant him relief under 18 U.S.C. 3582(c)(1)(A) Compassionate Release

## Certificate of Service

I, Terrance E. Williams, swear under oath pursuant to the penalty of perjury that this statement is true and a copy of said motion to reduce sentence 18 U.S.C. 3582(c)(1)(A), was mailed to the United states Attorney office on this 28 day of July, 2020.

United States Attorney office
Eastern District of Louisiana
650 Poydras street Suite 1600
N-O-, LA 70130

*Terrance E. Williams*
Terrance E. Williams #25958-034
U.S.P. Yazoo City
PO BOX 5000
Yazoo City, MS 39194

Terrence Williams
Reg. #25958-034
FCC United States Penitentiary
P.O BOX 5000 UNIT N-2
Yazoo CITY MS 39194
United States



Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

Legal Mail

FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 5666
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED
ON _____ THROUGH SPECIAL
MAILING PROCEDURES.

The letter has neither been opened or inspected. If
the writer raises a question or problem over which
this facility has jurisdiction, you may wish to
return the material for further information or
clarification. If the writer encloses
correspondence for forwarding to another
addressee, please return the enclosure to the above
address.