Exhibit 1

APRIL / 16 /2020
(Month) (Day)

**Submitted to Prison Staff on:**
April / 17 / 2020

Dear Warden Whithers :
(Warden's Last Name)

My name is Terrance Williams and my Register No. is 25958-034. I am writing to respectfully request that I be considered for an early release from prison under the Compassionate Release Program, under 18 U.S.C. § 3582(c)(1), and that you treat this as a formal request for a reduction in sentence (RIS).

I believe I am a good candidate for Compassionate Release for the following reasons. I have been incarcerated since March 6, 1998. I am currently 45-years-old.

Since I have been incarcerated, I have received the following medical treatment: High Blood pressure (hypertension) and High Cholesterol, and obesity

My current physical and mental health problems include: Depression, Anxiety, PTSD, Chronic pain from Gun shot wounds, Arthritis in my Lower back, Borderline diabetes, High Blood pressure, High cholesterol,

I take the following medications: Ibuprofen (every six hours), HydroCHLORothiazide, Metoprolol Tartrate, Atorvastatin

I believe that I am at high risk of complications if I contract COVID-19 because of Borderline diabetes, High Blood pressure and High Cholesterol

Other information that makes me a good candidate for compassionate release includes: My Mother have Stage 4 Cancer, Severe Diabetes, and have Heart problems

When I am released from prison, I plan to live with My Mother at 1434 Clouet Street, N.O., LA 70117

Because of my age, my health, my behavior in prison, and the risk that I will contract COVID-19 and suffer serious complications, I request early release under the Compassionate Release Program.

Thank you for your time and consideration.

Terrance E. Williams Register Number: 25958-034
(Full name)