Exhibit 4

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WILLIAMS, TERRENCE E | | Reg #: 25958-034 |
| Date of Birth: 11/04/1976 | Sex: M  Race: BLACK | Facility: YAP |
| Encounter Date: 11/01/2019 09:59 | Provider: Newland, R. MD | Unit: N02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**  Provider: Newland, R. MD

**Chief Complaint:** HYPERTENSION

**Subjective:** 42 year old Black male is seen for his CCC follow up visit, report Hx. Essential Hypertension poorly controlled on medication not effective, denied chest pain, shortness of breath, Hx. Hyperlipidemia not on medication for this condition lab 10/18/2019 LDL 169 H. Hx. S/P multiple GSW his body with shrapnel lodge I his body shoulder right knee, left shoulder was also was shot on his lower back , inmate requesting lower bunk permit renewal fray showed mild DJD L5/S1,.

**Pain:** No

Seen for clinic(s): Hypertension, Endocrine/Lipid, Orthopedic/Rheumatology
Added to clinic(s): Hypertension, Endocrine/Lipid, Orthopedic/Rheumatology

**ROS:**

**General**
   Constitutional Symptoms
      No: Anorexia, Chills

**HEENT**
   Eyes
      Yes: Within Normal Limits

**Cardiovascular**
   General
      Yes: Within Normal Limits

**Pulmonary**
   Respiratory System
      Yes: Within Normal Limits

**GI**
   General
      Yes: Within Normal Limits

**GU**
   General
      Yes: Within Normal Limits

**Musculoskeletal**
   General
      Yes: Within Normal Limits

**Neurological**
   Cranial Nerves
      Yes: Within Normal Limits

**Psychiatric**
   General
      Yes: Within Normal Limits

| Inmate Name: | WILLIAMS, TERRENCE E | | | | | Reg #: | 25958-034 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date of Birth: | 11/04/1976 | | Sex: | M | Race: BLACK | Facility: | YAP |
| Encounter Date: | 11/01/2019 09:59 | | Provider: | Newland, R. MD | | Unit: | N02 |

**ROS:**

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
| --- | --- | --- | --- | --- | --- |
| 11/01/2019 | 09:57 YAX | 98.1 | 36.7 | | Brown, Te'Ara MA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
| --- | --- | --- | --- | --- | --- |
| 11/01/2019 | 09:57 YAX | 74 | | | Brown, Te'Ara MA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
| --- | --- | --- | --- |
| 11/01/2019 | 09:57 YAX | 18 | Brown, Te'Ara MA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
| --- | --- | --- | --- | --- | --- | --- |
| 11/01/2019 | 13:19 YAX | 147/87 | Left Arm | Sitting | Adult-regular | Newland, R. MD |
| 11/01/2019 | 09:57 YAX | 160/90 | | | | Brown, Te'Ara MA |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
| --- | --- | --- | --- | --- |
| 11/01/2019 | 09:57 YAX | 100 | | Brown, Te'Ara MA |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
| --- | --- | --- | --- | --- | --- |
| 11/01/2019 | 09:57 YAX | 221.6 | 100.5 | | Brown, Te'Ara MA |

Exam:
  General
    Affect
      Yes: Pleasant, Cooperative
    Appearance
      Yes: Appears Well, Alert and Oriented x 3
      No: Appears Distressed
  Head
    General
      Yes: Symmetry of Motor Function, Atraumatic/Normocephalic
  Eyes
    General
      Yes: PERRLA, Extraocular Movements Intact
  Neck
    General
      Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline
  Pulmonary
    Auscultation
      Yes: Clear to Auscultation
  Cardiovascular
    Auscultation

**Exam:**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

### Abdomen

#### Auscultation

Yes: Normo-Active Bowel Sounds

### Gastrointestinal

#### General

Yes: Within Normal Limits

### Musculoskeletal

#### Tibia / Fibula

Yes: Normal Exam, Non-tender on Palpation, Normal Bony Landmarks, Symmetric, Neurovascular Intact

#### Chest Wall

Yes: Normal Exam, Non-tender on Palpation

### Neurologic

#### Cranial Nerves (CN)

Yes: Within Normal Limits, CN 2-12 Intact Grossly

### Comments

Abdomen large healed midline surgical scar due to S/P Laparoscopic surgery
Lower back healed surgical scar

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Hyperlipidemia, unspecified, E785 - Current

Low back pain, M545 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
| --- | --- | --- | --- |
| | Atorvastatin Tablet | 11/01/2019 09:59 | 10 mg Orally Mouth at bedtime x 180 day(s) |
| | Indication: Hyperlipidemia, unspecified | | |
| | Metoprolol Tartrate Tablet | 11/01/2019 09:59 | 25 mg Orally Mouth each morning x 180 day(s) |
| | Indication: Essential (primary) hypertension | | |
| | hydroCHLOROthiazide Tablet/Capsule | 11/01/2019 09:59 | 25 mg Orally Mouth each morning x 180 day(s) |
| | Indication: Essential (primary) hypertension | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
| --- | --- | --- | --- |
| Chronic Care Clinics-Diabetic-CBC w/diff | One Time | 11/04/2019 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-TSH | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
| --- | --- | --- | --- | --- |

| Inmate Name: | WILLIAMS, TERRENCE E | | | | Reg #: | 25958-034 |
| --- | --- | --- | --- | --- | --- | --- |
| Date of Birth: | 11/04/1976 | Sex: | M Race: BLACK | | Facility: | YAP |
| Encounter Date: | 11/01/2019 09:59 | Provider: | Newland, R. MD | | Unit: | N02 |

| General Radiology-Lower Leg-General [Right] | One Time | 11/04/2019 | Routine |
| --- | --- | --- | --- |

**Specific reason(s) for request (Complaints and findings):**

42 year old Black male with Hx. S/P GSW right lower leg

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
| --- | --- | --- | --- | --- |
| EKG | One Time | | | Newland, R. MD |
| | Order Date: | 11/01/2019 | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

- Educated on life style modification diet/exercise
- Insisted on medication compliance
- Instructed to purchase OTC medication when needed for pian
- Granted lower bunk permit
- Lab ordered
- F/U CCC in 180 days with MD3
- S/C PRN

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 11/01/2019 | Counseling | Access to Care | Newland, R. | Verbalizes Understanding |

**Copay Required:** No  **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Newland, R. MD on 11/01/2019 13:21


**Federal Bureau of Prisons**

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** WILLIAMS, TERRENCE | **Facility** USP Yazoo City | **Collected** 04/02/2019 08:00 |
| **Reg #** 25958-034 | **Order Unit** N02-130L | **Received** 04/03/2019 09:15 |
| **DOB** 11/04/1976 | **Provider** M Alexander, ARNP | **Reported** 04/03/2019 13:25 |
| **Sex** M | | **LIS ID** 058192163 |

## CHEMISTRY

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Sodium | | 143 | 137-148 | mmol/L |
| Potassium | | 4.8 | 3.5-5.0 | mmol/L |
| Chloride | | 106 | 99-114 | mmol/L |
| CO2 | L | 21 | 22-30 | mmol/L |
| BUN | | 13 | 7-22 | mg/dL |
| Creatinine | | 0.88 | 0.66-1.25 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Calcium | | 9.6 | 8.5-10.9 | mg/dL |
| Glucose | | 98 | 70-110 | mg/dL |
| AST | | 34 | 11-55 | U/L |
| ALT | | 57 | 11-66 | U/L |
| Alkaline Phosphatase | | 67 | 41-133 | U/L |
| Bilirubin, Total | | 1.0 | 0.2-1.3 | mg/dL |
| Total Protein | H | 8.6 | 6.0-8.2 | g/dL |
| Albumin | | 4.8 | 3.6-5.1 | g/dL |
| Globulin | H | 3.8 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.30 | 1.00-2.30 | |
| Anion Gap | | 16.4 | 9.0-19.0 | |
| BUN/Creat Ratio | | 15.0 | 5.0-30.0 | |
| Cholesterol | H | 218 | <200 | mg/dL |
| Triglycerides | | 55 | 10-150 | mg/dL |
| HDL Cholesterol | L | 38 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | H | 169 | 0-130 | mg/dL |
| Chol/HDL Ratio | H | 5.7 | 0.0-4.0 | |

## HEMATOLOGY

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| WBC | | 4.4 | 4.3-11.1 | K/uL |
| NRBC% | | 0.0 | | % |
| RBC | | 5.47 | 4.46-5.78 | M/uL |
| Hemoglobin | | 15.6 | 13.6-17.6 | g/dL |
| Hematocrit | | 49.3 | 40.2-51.4 | % |
| MCV | | 90.1 | 82.5-96.5 | fL |
| MCH | | 28.5 | 27.1-34.9 | pg |
| MCHC | L | 31.6 | 33.0-37.0 | g/dL |
| RDW-CV | | 13.9 | 12.0-14.0 | % |
| Platelet | | 212 | 130-374 | K/uL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical



**U.S. Medical Center for Federal Prisons**
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | |
|---|---|
| Name WILLIAMS, TERRENCE | Facility USP Yazoo City |
| Reg # 25958-034 | Order Unit N02-130L |
| DOB 11/04/1976 | Provider M Alexander, ARNP |
| Sex M | |

Collected 04/02/2019 08:00
Received 04/03/2019 09:15
Reported 04/03/2019 13:25
LIS ID 058192163

## HEMATOLOGY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| IPF | | 5.70 | 4.89-14.15 | % |
| MPV | H | 11.6 | 6.9-10.5 | fL |
| Neutrophils % | | 39.7 | | % |

Therapeutic decision making should be based on absolute values, rather than percentages

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Lymphocytes % | | 45.0 | | % |
| Monocytes % | | 10.0 | | % |
| Eosinophils % | | 3.4 | | % |
| Basophils % | | 1.4 | | % |
| Immature Granulocytes % | | 0.5 | 0.0-5.0 | % |
| Neutrophils # | L | 1.8 | 1.9-6.7 | K/uL |
| Lymphocytes # | | 2.0 | 1.3-3.7 | K/uL |
| Monocytes # | | 0.4 | 0.3-1.1 | K/uL |
| Eosinophils # | | 0.2 | 0.0-0.5 | K/uL |
| Basophils # | | 0.1 | 0.0-0.1 | K/uL |
| Immature Granulocytes # | | 0.02 | 0.00-0.50 | 10^3/uL |

## HEMOGLOBIN A1C

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Hemoglobin A1C | H | 6.0 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

## HEPATITIS

| Test | Flag | Value | Reference |
|---|---|---|---|
| Hep B surface Ag | | Negative | Negative |
| Hep B surface Ab | A | Positive | Negative |
| Hep B core Ab Total | A | Reactive | Negative |
| Hep B core IgM | | Negative | Negative |
| Hep C Ab | | Negative | Negative |

FLAG LEGEND    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | |
|---|---|---|
| Inmate Name: WILLIAMS, TERRENCE E | | Reg #: 25958-034 |
| Date of Birth: 11/04/1976 | Sex: M  Race: BLACK | Facility: YAP |
| Note Date: 04/21/2020 10:55 | Provider: Newland, R. MD | Unit: N02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**        Provider: Newland, R. MD
   Inmate requesting medications refill.

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 198446-YAX | Atorvastatin 10 MG Tab | 04/21/2020 10:55 |

   **Prescriber Order:** Take one tablet (10 MG) by mouth at bedtime x 180 day(s)
   **Indication:** Hyperlipidemia, unspecified

| | | |
|---|---|---|
| 198447-YAX | hydroCHLOROthiazide 25 MG Tab | 04/21/2020 10:55 |

   **Prescriber Order:** Take one tablet (25 MG) by mouth every morning x 180 day(s)
   **Indication:** Essential (primary) hypertension

| | | |
|---|---|---|
| 198448-YAX | Metoprolol Tartrate 25 MG Tab | 04/21/2020 10:55 |

   **Prescriber Order:** Take one tablet (25 MG) by mouth every morning x 180 day(s)
   **Indication:** Essential (primary) hypertension

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC w/diff | One Time | 10/08/2020 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-TSH | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |
| Chronic Care Clinics-Diabetic-Urinalysis w/Reflex to Microscopic | | | |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Newland, R. MD on 04/21/2020 10:59

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WILLIAMS, TERRENCE E | Sex: M  Race: BLACK | Reg #: 25958-034 |
| Date of Birth: 11/04/1976 | Provider: Newland, R. MD | Facility: YAP |
| Encounter Date: 04/16/2019 09:32 | | Unit: N02 |

Physician - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**  Provider: Newland, R. MD

**Chief Complaint:** ENDO/LIPID

**Subjective:** 42 year old Black male is seen as a follow visit to discuss abnormal lab on 04/03/2019, Chol 218 H, LDL 169 H, Chol/LDL Ratio 5.7, inmate was advised about life style modification died/exercise voiced understood.

**Pain:** No

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/16/2019 | 09:35 YAX | 98.3 | 36.8 | | Brown, Te'Ara MA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/16/2019 | 09:35 YAX | 74 | | | Brown, Te'Ara MA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/16/2019 | 09:35 YAX | 18 | Brown, Te'Ara MA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/16/2019 | 09:35 YAX | 148/97 | | | | Brown, Te'Ara MA |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/16/2019 | 09:35 YAX | 99 | | Brown, Te'Ara MA |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/16/2019 | 09:35 YAX | 229.8 | 104.2 | | Brown, Te'Ara MA |

## ASSESSMENT:

Hyperlipidemia, unspecified, E785 - Current

## PLAN:

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC w/diff | One Time | 10/09/2019 00:00 | Routine |
| Chronic Care Clinics-Diabetic-TSH | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |

Reg #: 25958-034  Inmate Name: WILLIAMS, TERRENCE E

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Acute periodontitis | | | | | | |
| 11/12/2015 10:33 EST  Archer, Kendes MD/CD | III | ICD-9 | 523.33 | 06/26/2015 | Current | 06/26/2015 |
| 06/26/2015 15:15 EST  Patel, Dinesh DDS | III | ICD-9 | 523.33 | 06/26/2015 | Current | 06/26/2015 |
| LTBI Prophy Complete in BOP | | | | | | |
| 01/24/2019 13:34 EST  Ross, Tara RN/SCRO | III | ICD-10 | 795.5B | 02/17/2009 | Current | 01/24/2019 |
| Information pulled from Sentry | | | | | | |
| 12/02/2011 10:28 EST  West, Cindy PA-C | III | ICD-9 | 795.5B | 02/17/2009 | Resolved | 12/02/2011 |
| Information pulled from Sentry | | | | | | |
| 02/17/2009 12:09 EST  Thomas, Tim RN | III | ICD-9 | 795.5B | 02/17/2009 | | |
| Information pulled from Sentry | | | | | | |
| Hyperlipidemia, unspecified | | | | | | |
| 04/08/2019 16:03 EST  Newland, R. MD | | ICD-10 | E785 | 04/08/2019 | Current | |
| Essential (primary) hypertension | | | | | | |
| 11/01/2019 14:10 EST  Newland, R. MD | | ICD-10 | I10 | 11/01/2019 | Current | |
| Acute apical periodontitis of pulpal origin | | | | | | |
| 07/01/2019 11:12 EST  Barham, Edgar DDS | | ICD-10 | K044 | 07/01/2019 | Current | |
| Acute apical periodontitis of pulpal origin | | | | | | |
| 12/18/2018 11:42 EST  Barham, Edgar DDS | | ICD-10 | K044 | 12/18/2018 | Current | |
| Chronic apical periodontitis | | | | | | |
| 07/16/2018 11:52 EST  Dixon, James DMD #30 | | ICD-10 | K045 | 07/16/2018 | Current | |
| Low back pain | | | | | | |
| 10/28/2019 14:23 EST  Albu-Gardner, Nikki MLP | | ICD-10 | M545 | 10/28/2019 | Current | |
| Prediabetes | | | | | | |
| 10/21/2019 00:16 EST  Chambers, A. MD, CD | | ICD-10 | R7303 | 10/20/2019 | Current | |

**Resolved**

Dermatophytosis of foot (Tinea pedis)