REGISTER NO: 25958-034    NAME..: WILLIAMS         FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: MNA-MARIANNA FCI

------------------------ EDUCATION INFORMATION ---------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MNA | ESL HAS | ENGLISH PROFICIENT | 08-12-1999 2005 | CURRENT |
| MNA | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-18-1999 1240 | CURRENT |

-------------------------- EDUCATION COURSES -----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| MNA M | AIDS * DISEASE PREVENTION | 11-23-2015 | 11-23-2015 | P | C | P | 1 |
| BRO M | CALLIGRAPHY WRITING PRGM | 04-11-2012 | 08-31-2012 | P | C | P | 25 |
| JES | KEEPING A JOB FCI-RPP 2 | 02-14-2011 | 06-27-2011 | P | C | P | 1 |
| JES | JOB SEARCH TECH FCI-RPP 2 | 02-14-2011 | 06-27-2011 | P | C | P | 1 |
| JES | JOB APPLICATIONS FCI-RPP 2 | 02-14-2011 | 06-27-2011 | P | C | P | 1 |
| JES | INTERVIEWING TECH FCI-RPP 2 | 02-14-2011 | 06-27-2011 | P | C | P | 1 |
| JES | FEDERAL BONDING PGM FCI-RPP 2 | 02-14-2011 | 06-27-2011 | P | C | P | 1 |
| JES | FCI JOB FAIR-RPP 2 | 01-30-2011 | 06-27-2011 | P | C | P | 30 |
| JES | DRESSING FOR SUCCESS FCI-RPP 2 | 02-14-2011 | 06-27-2011 | P | C | P | 1 |
| JES | KEEPING A JOB FCI-RPP 2 | 01-15-2010 | 07-17-2010 | P | C | P | 5 |
| JES | JOB APPLICATIONS FCI-RPP 2 | 01-15-2010 | 07-17-2010 | P | C | P | 5 |
| JES | INTERVIEWING TECH FCI-RPP 2 | 01-15-2010 | 07-17-2010 | P | C | P | 5 |
| JES | FEDERAL BONDING PGM FCI-RPP 2 | 01-15-2010 | 07-17-2010 | P | C | P | 5 |
| JES | CAREER CHOICES/ASSESSFCI-RPP 2 | 01-15-2010 | 07-17-2010 | P | C | P | 5 |
| JES | RPP#2 INTERVIEW & RESUME | 03-16-2009 | 05-13-2009 | P | C | P | 30 |
| JES | MUSIC THEORY | 02-04-2008 | 04-07-2008 | P | C | P | 20 |
| JES | CDL TRUCK WED 6:30-8:30PM | 02-06-2008 | 04-23-2008 | P | C | P | 24 |
| JES | RPP#1 AIDS AWARENESS | 11-27-2007 | 11-27-2007 | P | C | P | 1 |
| YAM | RPP4 CCC/USPO/AUSA SEMINAR | 05-31-2007 | 05-31-2007 | P | C | P | 1 |
| YAM | RPP5 RELEASE REQUIREMENTS | 05-31-2007 | 05-31-2007 | P | C | P | 1 |
| YAM | RPP2 DRESS FOR SUCCESS | 05-31-2007 | 05-31-2007 | P | C | P | 1 |
| YAM | RPP3 BANKING TUTORIAL | 05-31-2007 | 05-31-2007 | P | C | P | 1 |
| YAM | RPP6 HEALTHY/UNHEALTHY STRESS | 05-31-2007 | 05-31-2007 | P | C | P | 1 |
| YAM | RPP1 INFECTIOUS DISEASE AWARE | 10-13-2006 | 10-13-2006 | P | C | P | 1 |
| MNA M | SM.BUS ADM,RPP#3,M,6:30-8:30PM | 06-10-2002 | 09-09-2002 | P | C | P | 28 |
| MNA M | RPP #3-FINANCIAL MGMT | 08-07-2001 | 08-20-2001 | P | C | P | 10 |
| MNA M | RPP #2 - JOB APPLICATIONS | 04-13-2000 | 04-13-2000 | P | C | P | 2 |

G0000          TRANSACTION SUCCESSFULLY COMPLETED