In The United States District Court
For The
Eastern District of Louisiana

Terrance E. Williams
Petitioner/Defendant

v.

United States of America
Respondent/Plaintiff

Case No.: 98-57
Section "B"(2)

**Motion To Withdraw Petition For §3582(c)(1)(A) Compassionate Release, Without Prejudice**

Comes Now the Petitioner, Terrance E. Williams, and files this his Motion to Withdraw his Petition for §3582(c)(1)(A) Compassionate Release, Without Prejudice, and states as grounds that he has failed to previously exhaust all Administrative Remedies pursuant to Code of Federal Regulations. The Respondent will not be prejudiced by the Court granting this Motion.

Respectfully submitted,

Terrance E. Williams

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    SEP 01 2020
CAROL L. MICHEL
CLERK

TENDERED FOR FILING
SEP 01 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

## Certificate of Service

I hereby certify that a true and exact copy of the foregoing has been sent via U.S. Mail to the U.S. Attorney for the Eastern District of Louisiana, at the address listed below, this the 27 day of August, 2020.

Terrence J. Willi[signature]

AUSA Charles Strauss
650 Poydras Street, Suite 1600
N.O., LA 70130

>25958-034>
Terrence Williams
Reg. #25958-034
FCC United Staes Pentitentiary
P.O. BOX 5000 UNIT N-2
Yazoo CITY, MS 39194
United States

JACKSON MS 390
28 AUG 2020 PM 1 L

Clerk's office
United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

Legal Mail

CENTRAL CORRECTIONAL COMPLEX
P.O. BOX 5666
LIBERTY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED
ON _____ THROUGH SPECIAL
MAILING PROCEDURES.

letter h... neith... ...en opened or inspected if
... ...es a question or problem over
this loc... ...sdiction you may
return the mat... ...her infor-
clarific...

correspondence for forwarding to another
addressee, please return the enclosure to the above
address.