EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

Case No: 98-57 "B"

Terrance E. Williams

V.

United States of America

Notice of Change of address

Please send my mail to the address below

Terrance Williams #25958-034
FCI Marianna
PO BOX 7007
Marianna, FL 32447

Terrance Williams #25658-034
United States Penitentiary Yazoo City
PO Box 5000
Yazoo City, MS 39194

Legal Mail

JACKSON MS 390
18 SEP 2020 PM 1 L

Clerk's Office
United States District Court
Eastern Dist. of Louisiana
New Orleans, LA 70130

**FEDERAL CORRECTIONAL COMPLEX**
P.O. BOX 5666
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED
ON _____ THROUGH SPECIAL
MAILING PROCEDURES

The letter has neither been opened or inspected if the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.