UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| **VERSUS** | * | **CASE NO. 98-57** |
| **TERRANCE E. WILLIAMS** | * | **SECTION "B"** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO FILE DOCUMENT UNDER SEAL

**NOW INTO COURT**, through undersigned counsel comes the defendant herein who respectfully requests leave of the court to file the attached Response to Government's Motion for Reduction of Sentence under seal for the following reason, to wit:

The attached response contains information that counsel for the defendant and the United States government believe is not appropriate to place into the public record in this matter.

**WHEREFORE** the defendant respectfully requests that attached motion be filed under seal.

Respectfully submitted:

          /s/ Townsend M. Myers          
TOWNSEND M. MYERS (#25193)
4907 Magazine St.
New Orleans, Louisiana 70115
(504) 571-9529
townsend@nolacriminallaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been filed electronically and is available for viewing and downloading from the ECF system. It has been served upon all counsel of record on this 12th day of October 2021, by electronic means.
.

          /s/  Townsend M. Myers          
Townsend M. Myers