**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| | * | |
| **VERSUS** | * | **CASE NO. 98-57** |
| | * | |
| **TERRANCE E. WILLIAMS** | * | **SECTION "B"** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

**CONSIDERING THE FOREGOING;**

**IT IS ORDERED** that the attached Response to Government's Motion for Reduction of Sentence be filed **UNDER SEAL**.

New Orleans, Louisiana this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

1